IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAKOBI ALSTON                                                                    PLAINTIFF

v.                           No: 4:21-cv-1013-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF                                                                            DEFENDANTS

## JUDGMENT

Alston's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2021